No. 182. SILVA *v.* SALAMANCA ET AL.—Appeal from the District Court of Guayama. Decided March 11, 1908. Appeal dismissed on the court's own motion for noncompliance with section 54 of the Rules of the Supreme Court. *Mr. Celestino Domínguez* for appellant. *Mr. Nadal Santa Coloma* for respondent.

---

No. 132. THE PEOPLE *v.* RIVERA.—Appeal from the District Court of Guayama. Motion to dismiss the appeal. Decided March 18, 1908. Appeal dismissed at the request of the *fiscal* because the defendant had failed to furnish the bond required by law and for noncompliance with section 64 of the Rules of the Supreme Court. *Mr. Rossy, fiscal,* for The People. *Mr. Bernardini* for the appellant.

---

No. 133. THE PEOPLE *v.* SANTIAGO ET AL.—Appeal from the District Court of Guayama. Motion to dismiss the appeal. Decided March 18, 1908. Appeal dismissed at the request of the *fiscal* because the defendant had failed to furnish the bond required by law and for noncompliance with section 64 of the Rules of the Supreme Court. *Mr. Rossy, fiscal,* for The People. *Mr. Nadal* for appellant.

---

No. 134. THE PEOPLE *v.* SANTIAGO ET AL.—Appeal from the District Court of Guayama. Motion to dismiss the appeal. Decided March 18, 1908. Appeal dismissed at the request of the *fiscal* because the defendant had failed to furnish the bond required by law and for noncompliance with section 64 of the Rules of the Supreme Court. *Mr. Rossy, fiscal,* for The People. *Mr. Capó* for appellant.